[No. 75126-3-I. Division One. May 9, 2016.]

COPIERS NORTHWEST, INC., *Appellant*, v. GIFFORD SILVER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 16-2-00290-1, Monica J. Benton, J., entered April 21, 2016. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 45045-3-II. Division Two. May 10, 2016.]

NANCY TOLAND RICHARDS ET AL., *as Personal Representatives*, *Respondents*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-00620-8, Erik D. Price, J., entered June 7, 2013. *Reversed* and *remanded with instructions* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 45972-8-II. Division Two. May 10, 2016.]

*In the Matter of the Personal Restaint of* MICHAEL LYNN SUBLETT, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 46798-4-II. Division Two. May 10, 2016.]

WILLIAM LOVE, *as Personal Representative*, ET AL., *Appellants*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-2-06154-1, Katherine M. Stolz, J., entered September 19, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Bjorgen, C.J., and Sutton, J.